# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

OLIVER LEE, : No. 624 MAL 2019
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
PENNSYLVANIA BOARD OF PROBATION :
AND PAROLE, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.